IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| VAN BUREN HINDS, JR. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 3:07CV00175 SWW |
| KIMBERLY DALE | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |

## ORDER

Plaintiff Van Buren Hinds, Jr., filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, unaccompanied by a filing fee or application to proceed *in forma pauperis*. In addition to that filing defect, Hinds has failed to state facts sufficient to allow the Court to determine if he has stated a claim for relief. If Hinds intends to pursue this matter, he must (a) pay the statutory filing fee of $350 or submit a properly completed application to proceed *in forma pauperis* and (b) submit an amended complaint setting forth the additional information required in this Order.

Hinds alleges that Defendant Kimberly Dale, Green County Assistant Prosecuting Attorney, has harassed him and discriminated against him, and he wants to "press charges" against her. Hinds states that he believes Dale is allowing her past to influence her judgment and that Green County should replace her with someone who can make fair judgments. As it now stands, Hinds' allegations are too vague and conclusory to enable the Court to determine whether his complaint has any basis in law or fact. Accordingly, Hinds is ordered to file an amended complaint that sets forth factual allegations regarding the specific conduct committed

by Defendant Dale that Hinds claims violated his constitutional rights.

Hinds is hereby notified of his responsibility to comply with the Local Rules of the District Court of Arkansas, including Rule 5.5(c)(2), which provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that:

1. The Clerk is directed to mail Plaintiff an *in forma pauperis* application.

2. Plaintiff must submit, within thirty days of entry of this Order, either (1) the $350 statutory filing fee or (2) a proper and complete *in forma pauperis* application. Failure to do so will result in dismissal of this action without prejudice.

3. Plaintiff is hereby ordered to file, within thirty (30) days of the date of this Order, an amended complaint containing the information specified in this Order. The failure to timely do so will result in the dismissal of this case without prejudice.

4. Service is not appropriate for Defendant at this time.

IT IS SO ORDERED THIS 26TH DAY OF NOVEMBER, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE