# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| VAN BUREN HINDS, JR. | |
| Plaintiff | |
| VS. | NO: 3:07CV00175 SWW |
| KIMBERLY DALE | |
| Defendant | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 7TH DAY OF JANUARY, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE